[pic]

 COURT OF APPEALS
 TENTH DISTRICT OF TEXAS

 December 27, 2013

 No. 10-12-00214-CR

 CHRISTOPHER LEE PICKETT
 v.
 THE STATE OF TEXAS

 From the 278th District Court
 Leon County, Texas
 Trial Court No. CM-10-483

 JUDGMENT

 This Court has reviewed the briefs of the parties and the record in
this proceeding as relevant to the issue raised and finds no reversible
error is presented. Accordingly the trial court’s judgment signed on May
21, 2012 is affirmed.
 A copy of this judgment will be certified by the Clerk of this Court
and delivered to the trial court clerk for enforcement.
 SHARRI ROESSLER, CLERK

 By:________________________________
 Nell Hegefeld, Deputy Clerk